NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MANJEET S. KHALSA,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2014-3009

---

Petition for review of the Merit Systems Protection Board in No. SF0353110870-I-2.

---

**ON MOTION**

---

**O R D E R**

The United States Postal Service ("USPS") moves without opposition to reform the caption to designate the Merit Systems Protection Board ("Board") as the respondent and the USPS as an intervenor in this petition. The USPS also moves on behalf of the Board for an extension

of time to file the response brief to Manjeet S. Khalsa's informal brief.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Khalsa's appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to designate the Board as respondent and the USPS as an intervenor is granted. The revised official caption is reflected above.

(2)  The motion for extension of time is granted to the extent that the Board's and the USPS' informal response briefs are due 21 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26